1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAETORIAN INSURANCE COMPANY, an Pennsylvania Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY KOEPPEL, an individual; KOEPPEL ENTERPRISES, LLC; COAST GALLERIES; COAST PUBLISHING; MARINE ART EXPO; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV11-01262 LHK<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF PRAETORIAN INSURANCE COMPANY'S COMPLAINT WITHOUT PREJUDICE |

///
///
///
///
///
///
///

1  ///

2

3     In light of plaintiff Praetorian Insurance Company's (hereinafter "plaintiff")
4  motion for an order dismissing plaintiff's complaint without prejudice;
5     **IT IS HEREBY ORDERED** that the above-captioned action is dismissed
6  without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).
7  The Clerk shall close the file.

8
9  DATED: __July 6, 2011__                    *Lucy H. Koh*
                                              _____
10                                            The Honorable Lucy H. Koh
                                              Judge of the District Court